TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00209-CR







Jerald Bunton, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 007089, HONORABLE TOM BLACKWELL, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Jorge Sanchez, is ordered to tender a brief in this cause no later than January 9, 2003. 
No further extension of time will be granted.

It is ordered December 17, 2003. 


Before Chief Justice Aboussie, Justices Patterson and Puryear

Do Not Publish